# UNITED STATES DISTRICT COURT
### for the
Southern District of Georgia
Savannah Division

2008 JUL 21  PM 2: 25

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: CR495-00123-014 |
| Ricardo Howard Grant | ) |
| | ) USM No: 08889-021 |
| Date of Previous Judgment: January 9, 1996 | ) Walter W. Ballew, III |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[ ] DENIED.   [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ 312 _____ months **is reduced to** _____ 253 months _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 235 to 293 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[X] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

## III. ADDITIONAL COMMENTS

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated January 9, 1996, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: July 21, 2008

_____
Judge's signature

William T. Moore, Jr.
Effective Date: _____
(if different from order date)

Chief Judge, U. S. District Court
Printed name and title